IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOLFO RAMIREZ,<br><br>      Petitioner,<br><br> vs.<br><br>BERNIE ELLIS,<br><br>      Respondent.<br>_____/ | 1:06-cv-0386-OWW-TAG HC<br><br><br>ORDER VACATING REPORT AND<br>RECOMMENDATION OF JUNE 21, 2006<br><br>(Doc. 7) |

    Petitioner is a federal prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

    On June 21, 2006, the undersigned submitted a Report and Recommendation to United States District Judge Oliver W. Wanger to dismiss petitioner's case for failure to comply with the court's order of April 27, 2006, which ordered petitioner to submit a certified copy of his prison trust account statement, or pay the $5.00 filing fee for this action. (Doc. 7).

    On July 11, 2006, petitioner submitted his objections to the Report and Recommendation advising the Court he paid the $5.00 filing fee from his trust account, and payment had been received by the Clerk of the Court on June 12, 2006. (Doc. 8). A further review of the Court's receipts reveal payment received under receipt number 101 8864 on June 12, 2006, in the sum of $5.00.

    Accordingly, good cause having been provided to the Court, and good cause appearing, IT IS HEREBY ORDERED THAT the Court's Order of June 21, 2006, entitled "Report and Recommendation to Dismiss Petition" (Doc. 7), is VACATED in its entirety.

IT IS SO ORDERED.

Dated: **July 28, 2006**                                       **/s/ Theresa A. Goldner**
**j6eb3d**                                                     UNITED STATES MAGISTRATE JUDGE