# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOLFO RAMIREZ, ) | 1:06-cv-00386-OWW -TAG HC |
| ) | |
| Petitioner, ) | ORDER DENYING PETITIONER'S MOTION |
| ) | FOR EXPEDITED REVIEW |
| v. ) | |
| ) | (Doc. 13) |
| ) | |
| BERNIE ELLIS, ) | |
| ) | |
| Respondent. ) | |
| ) | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On April 6, 2006, Petitioner filed the instant petition in this Court. (Doc.1). On July 20, 2007, Petitioner filed a motion for issuance of a scheduling order. (Doc. 11). On December 14, 2007, the Magistrate Judge issued findings and recommendations recommending that the instant petition be dismissed for lack of jurisdiction, and denied Petitioner's motion for issuance of a scheduling order as moot. (Doc. 12). On December 21, 2007, Petitioner filed a motion for an expeditious resolution of the petition. (Doc. 13).

Petitioner's motion for an expeditious resolution of the petition alleges that he is incarcerated in the United States Penitentiary in Lompoc, California with a projected release date of September 24, 2008, and requests that the Court rule on his petition in an expedited manner or grant him an emergency hearing. (Doc. 13).

The Court does not have a separate "expedited" calendar. The Court understands Petitioner's need and desire to have his case decided quickly as he believes that relief is

1 warranted. However, the Court has pending before it at any given time *hundreds* of habeas cases
2 wherein *each* prisoner alleges that relief is warranted and warranted immediately. Case
3 management at the court proceeds by the order in which cases are received. Due to the high
4 volume of such cases and the Court's diligent handling of each case, a court decision often takes
5 time. Petitioner can rest assured that the Court acts to resolve all pending cases in the most
6 efficient manner possible.

7 In this particular case, the Court has conducted its screening of the habeas petition for
8 jurisdictional purposes, and on December 14, 2007, issued findings and recommendations
9 recommending that the instant petition be dismissed for lack of jurisdiction. (Doc. 12).
10 Additionally, on December 14, 2007, the Court denied Petitioner's motion for a scheduling order
11 as moot, in light of the Court's conclusion that it lacks jurisdiction to proceed. (Id.). In light of
12 the issuance of the findings and recommendations and the Court's conclusion therein that it lacks
13 jurisdiction to proceed, the Court determines that Petitioner's motion for expedited review or
14 emergency hearing (Doc. 13) is also moot.

15 Accordingly, Petitioner's motion for expedited review or emergency hearing (Doc. 13),
16 is DENIED as MOOT.

18 IT IS SO ORDERED.
19 Dated:   **December 27, 2007**              /s/ **Theresa A. Goldner**
                                        UNITED STATES MAGISTRATE JUDGE